STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

| | |
|---|---|
| SHARON V. LOVEJOY | 5083-0 |
| STEPHANIE E.W. THOMPSON | 8399-0 |
| BRANDI J. BUEHN | 9271-0 |

733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No.: (808) 537-6100

Attorneys for Plaintiff,
FORD ISLAND HOUSING, LLC.

UNITED STATES DISTRICT COURT

MC-11-60-PHX

DISTRICT OF HAWAII

| | |
|---|---|
| FORD ISLAND HOUSING, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGY BILLING SYSTEMS, INC.; YARDI SYSTEMS, INC.; DOE PERSONS 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; AND DOE GOVERNMENTAL UNITS 1-50,<br><br>Defendants. | CIVIL NO. 10-00552 (DAE/LEK)<br><br>PLAINTIFF'S **THIRD AMENDED NOTICE** OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>[Troy Hull – June 10, 2011]<br><br><br><br><br><br>Trial Date: September 13, 2011<br>Trial Judge: The Hon. David Alan Ezra |

386539-3

PLAINTIFF'S THIRD AMENDED NOTICE OF TAKING
DEPOSITION UPON ORAL EXAMINATION

TO:    JOHN F. PERKIN, ESQ.
       BRANDEE J.K. FARIA, ESQ.
       Perkin & Faria, LLC
       Topa Financial Center – Bishop Tower
       700 Bishop Street, Suite 1111
       Honolulu, Hawaii 96813

       Attorney for Defendants
       ENERGY BILLING SERVICES, INC.
       and YARDI SYSTEMS, INC.

**PLEASE TAKE NOTICE** that on behalf of Plaintiff FORD ISLAND HOUSING, LLC, the following deposition will be taken as indicated below:

| Name and Address | Date, Time and Location |
|---|---|
| **Troy Hull**<br>1313 West Indigo Drive<br>Chandler, AZ 85248 | **June 10, 2011** at **10:00 a.m.**<br>Abacus Executive Suites<br>3030 North Third Street, Suite 200<br>Phoenix, Arizona 85012 |

Said deposition shall be upon oral examination via stenographic and video recording, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before an officer duly authorized to administer oaths from the court reporting office of Atkinson-Baker, Inc. of 500 North Brand Boulevard, Third Floor, Glendale, California 91203-4725 [Telephone: (808) 925-5910 or (818) 551-7300].

You are invited to attend and cross-examine.

///

///

386539-3                                          2

DATED: Honolulu, Hawaii, May 25, 2011.

*Stephanie E W Thompson*
SHARON V. LOVEJOY
STEPHANIE E.W. THOMPSON
BRANDI J. BUEHN

Attorneys for Plaintiff
FORD ISLAND HOUSING, LLC.

386539-3

## Service of Process:

1:10-cv-00552-DAE -RLP Ford Island Housing, LLC v. Energy Billing Systems, Inc. et al

U.S. District Court

District of Hawaii

## Notice of Electronic Filing

The following transaction was entered by Thompson, Stephanie on 5/25/2011 at 10:52 AM HST and filed on 5/25/2011

**Case Name:**       Ford Island Housing, LLC v. Energy Billing Systems, Inc. et al
**Case Number:**     1:10-cv-00552-DAE -RLP
**Filer:**           Ford Island Housing, LLC
**Document Number:** 103

**Docket Text:**
**CERTIFICATE OF SERVICE by Ford Island Housing, LLC *[RE: PLAINTIFF'S THIRD AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION - TROY HULL]* (Thompson, Stephanie)**


**1:10-cv-00552-DAE -RLP Notice has been electronically mailed to:**

Brandee J. Faria     bjkfaria@perkinlaw.com

Sharon V. Lovejoy    slovejoy@starnlaw.com

Stephanie E.W. Thompson     sthompson@starnlaw.com, forsewth@aol.com, rpauu@starnlaw.com

**1:10-cv-00552-DAE -RLP Notice will not be electronically mailed to:**

John F. Perkin
Perkin & Faria
700 Bishop Street, Ste 1111, Bishop Tower
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=5/25/2011] [FileNumber=1098860-0
] [95dff78779f2e9afa95ad0d96b2bcfe5f55fbec24c21524e5acf8238666455e0297
9013ea571e06c7d73fa83ad9cc20abda33f20e129f44b8ca1b8975f5e9fbc]]